**Order entered April 22, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01589-CR

**REGINALD THOMAS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 292nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F14-00358-V**

## ORDER

The Court **ORDERS** Robin Benton, former official court reporter of the 292nd Judicial District Court, to file, within **FIFTEEN DAYS** of the date of this order, a supplemental record containing State's Exhibit no. 34, a video.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to Robin Benton, official court reporter, County Criminal Court No. 5, and to counsel for all parties.

/s/ ADA BROWN
JUSTICE